**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**DAMIEN WAYNE ECHOLS**                                             **PETITIONER**

**VS.**                                    **5:04CV00391-WRW**

**LARRY NORRIS, Director of the
Arkansas Department of Correction**                             **RESPONDENT**

**ORDER**

Pending are Petitioner's Motion for Leave to File Second Amended Petition for Writ of

Habeas Corpus (Doc. No. 19) and Motion to File Under Seal Certain Exhibits in Support of

Petitioner's Second Amended Petition (Doc. No. 23).

For good cause show, both motions are GRANTED.

IT IS SO ORDERED this 7th day of November, 2007.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE