IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAMIEN WAYNE ECHOLS                                                                               PLAINTIFF

vs                                          5:04CV00391-WRW

LARRY NORRIS                                                                                       DEFENDANT

## ORDER OF RECUSAL

It has come to my attention that some of the principals in this case are long time acquaintances and friends of mine, so I recuse.

IT IS SO ORDERED this 24th day of September, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE